In re Shoriak, James A.; LeBlanc, Kenneth; Raborn, Joseph L.; Himel, Paul W.; Williams, Donnie; Cleveland, Sylvia; Hebert, Charles III; Harvey, Harry; May-eaux, Marion; LeBlanc, Ernest; Roussel, Patrick; Gautreau, Francis; Daigle, Robert E.; Gassen, Michael P.; Gautreaux, Sidney B. Jr.; Maranto, John M.; Brown, James W.; Miller, Coy; Deval, Thomas; Schmidt, Sidney; Ledger, Victor; applying for writ of certiorari and/or review; to the Court of Appeal, First Circuit, No. 84-CA-735; Parish of Ascension, 23rd Judicial District Court, Div. “C”, No. 32905.
Prior report: La.App., 472 So.2d 264.
Granted.